FILED
CLERK, U.S. DISTRICT COURT

APR - 6 2022

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation Supervised Release) |
| Darius Burrell Willis ) | Conditions of Release) |
| ) | 2:22-CR-00073-JAK |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ☒)   the appearance of defendant as required; and/or

(B)  ☒)   the safety of any person or the community.

//

//

1    The court concludes:

2  A.   ☒   Defendant poses a risk to the safety of other persons or the community
3          because defendant has not demonstrated by clear and convincing
4          evidence that:
5          that he is not a danger.  Defendant's non-compliance with the terms
6          of his supervised release, particularly his sustaining of 8 alleged violations
7          of supervised release within the first (approximately) six months of
8          supervision supports this finding

9

10 (B)   ☒   Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          defenadnt is not a flight risk.  Defendant's proposed bond package
13          is insufficient to mitigate flight risk.

14

15

16

17    IT IS ORDERED that defendant be detained.

18

19 DATED: _4-6-22_

20

21

22                          John E. McDermott
23                          JOHN E. MCDERMOTT
24                    UNITED STATES  MAGISTRATE JUDGE

25

26

27

28

2