FILED
CLERK, U.S. DISTRICT COURT
SEP - 1 2022
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DARIUS BURRELL WILLIS<br><br>    Defendant. | Case No.: CR 22-73-JAK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **prior violations of Sup. Release; arrest for crim. conduct alleged while on S.R.**

Case 2:22-cr-00073-JAK   Document 31   Filed 09/01/22   Page 2 of 2   Page ID #:141

```
                    _____
                    _____
                    _____
          and/or
    B.  (X)  The defendant has not met his/her burden of establishing by
         clear and convincing evidence that he/she is not likely to pose
         a danger to the safety of any other person or the community if
         released under 18 U.S.C. § 3142(b) or (c).  This finding is based
         on: Prior admitted violations of sup. rel.; crim. conduct
         alleged while on SR.
```

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/1/2022

_____
UNITED STATES MAGISTRATE JUDGE
PAUL L. ABRAMS

2